IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSS LAMAR WILLIAMS,

        Petitioner,

v.                                  CASE NO. 4:13-cv-46-MW/CAS

MICHAEL D. CREWS,

        Respondent.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed March 26, 2013. The Court has also reviewed *de novo* Petitioner's Objections to the Report and Recommendation, ECF No.5, filed April 9, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the court's opinion. The Clerk shall enter judgment stating, "The case file shall be **TRANSFERRED** to the United States District Court for the Southern District of

Florida."

SO ORDERED on April 12, 2013.

s/Mark E. Walker  
United States District Judge